IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00036-KDB-DSC

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,  Plaintiff,  v.  AFFORDABLE SOURCE TRUCKING LLC,  Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Robert C. Rogers]" (document #50) filed July 6, 2020. For the reasons set forth therein, the Motion[s] will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 6, 2020

David S. Cayer
United States Magistrate Judge